DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY DORSETT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1495

[August 5, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 061990CF009870B88810.

Anthony Dorsett, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and KUNTZ, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***